# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORWIN ALEJANDRO GARCIA BARRERA,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | Case No. 1:25-cv-01006-JLT-SAB-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br>(ECF No. 19) |

On October 3, 2025, the parties filed a stipulated request to modify the briefing schedule. (ECF No. 19.)

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule is revised as follows: Petitioner may file a brief on the merits by November 10, 2025. Respondents may file an additional brief by January 9, 2026. The petitioner may file a reply brief by January 24, 2026.

IT IS SO ORDERED.

Dated: **October 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge