**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NORWIN ALEJANDRO GARCIA BARRERA,

Petitioner,

v.

TONYA ANDREWS, et al.,

Respondents.

Case No. 1:25-cv-01006-JLT-SAB (HC)

ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS

(Doc. 1)

On August 12, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order. (Docs. 1, 4.) On August 18, 2025, Respondents filed an opposition to the issuance of a preliminary injunction. (Doc. 10.) On August 21, 2025, the Court converted the TRO into a preliminary injunction, granted the preliminary injunction, ordered Respondents to immediately release Petitioner from custody, and set a briefing schedule for the merits of the habeas petition. (Doc. 15 at 19.) Petitioner was released from custody on August 21, 2025. (Doc. 21 at 7.) On November 10, 2025, Petitioner filed a brief in support of his petition for habeas corpus. (Doc. 21.) On January 9, 2026 Respondents filed an opposition to the issuance of a preliminary injunction based on their previous filed pleading. (Doc. 22.) On January 22, 2026, Petitioner filed a reply. (Doc. 23.)

Thus, pursuant to *Rodriguez Vazquez v. Bostock*, 2026 WL 2196424 (9th Cir. July 30, 2026) and for the reasons set forth in the Court's order granting the temporary restraining order

and the preliminary injunction, (Doc. 15), the Court **HEREBY ORDERS** that:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _August 17, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE